**DENY and Opinion Filed January 25, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00041-CV

## IN RE DAVID S. GRANTHAM, Relator

**Original Proceeding from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-52594-2016**

## MEMORANDUM OPINION
Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

In this original proceeding, relator challenges the trial court's December 2, 2021 order denying relator's special appearance plea to the jurisdiction and second amended motion to transfer venue in the underlying proceedings.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). As the party seeking relief, relator has the burden of providing the Court with a certified or sworn copy of the challenged order and every document that is material to establishing relator's right to mandamus relief. *See* Tex. R. App. P. 52.3(k), 52.7(a);

*In re Butler*, 270 S.W.3d 757, 759 (Tex. App.—Dallas 2008, orig. proceeding) (requiring relator to submit a record containing certified or sworn copies).

Relator has failed to provide the Court with a copy of the challenged order or any other document material to establishing a right to mandamus relief. We conclude relator has not met his burden to prove an entitlement to the relief requested. Accordingly, we deny the petition for writ of mandamus without prejudice to refiling a petition with a record that complies with Texas Rule of Appellate Procedure 52. *See* TEX. R. APP. P. 52.3(k), 52.7(a).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

220041F.P05